UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PHILIPPE NAIM, SUZANNE SUISSA-NAIM,
HANNAH NAIM,

                                          Plaintiffs,

        -against-

THE CITY OF NEW YORK, HOWARD SLADE,
JOSEPH DURANTE, SHELDON RICHMOND and
RAYMOND HIGGENS,

                                          Defendants.
------------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

10-CV-912 (FB) (RER)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

| | |
|---|---|
| Berkman Law Office LLC<br>*Attorneys for Plaintiffs*<br>111 Livingston Street, Suite 1928<br>Brooklyn, New York 11201<br>(718) 855-3627 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>*Slade, Durante, Richmond and Higgens*<br>100 Church Street, Rm. 3-126<br>New York, New York 10007 |
| By: _____<br>Robert Tolchin, Esq. | By: _____<br>Ben Kuruvilla<br>*Assistant Corporation Counsel* |
| | SO ORDERED: |
| Dated: New York, New York<br>          _____, 2012 | _____<br>HON. FREDERIC BLOCK<br>UNITED STATES DISTRICT JUDGE |